UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                          Case No.   17-76838-LAS

                                                Chapter  7

Carlos Louis Surpris    Debtor.
--------------------------------------------------------------x

## **Objection to Motion**

I SUPPORT THE OBJECTION to the MOTION by REQUESTING
AN EXTENSION OF TIME FROM H.JUDGE SCARCELLA to FINISH
completing THE INCOME DOCUMENTATION for THE MODIFICATION
WITH NATIONSTAR MORTGAGE, PRESENTLY KNOWN AS MR
COOPER. I TOOK A NEW JOB TO PRESENT MORE consistant
pay schedules and THE FIRST pay check IS DUE TOMORROW.
by END of WEEK, ENTIRE package will BE presented
to THE BANK for REVIEW since my Contributers and
ALL HOLDING SAME and Consistant INCOME.

Dated: __12/19/17__

                                    Signature: Carlos Surpris
                                    Print name: CARLOS SURPRIS
                                    Address: 34 Howells Rd
                                             Bay Shore, ny 11706
                                    Phone: 631 518 0981
                                    Email: carlossurpris56@gmail.com

RECEIVED 2017 DEC 19 A 10: 42

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
CLERK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Case No. 17—76838 c LAS

                                                Chapter 7

Carlos Surpris              Debtor.
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on ___12/19/17___, a copy of the Debtor's Objection
was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an
official depository under the exclusive care and custody of the United States Postal Service
within the State of New York, upon *[below specify the name and mailing address of each party
served]*:

FRENKEL A LAMBERT WEISS
WEISMAN & GORDON LLP
C/o KAREN SHEEHAN, ESQ.
53 GIBSON St Bay Shore, NY 11706

ROBERT L. PRYOR
Chapter 7 TRUSTEE
PRYOR & MANDELUP LLP
675 OLD Country Rd
WESTBURY, NY 11590

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LONG ISLAND FEDERAL COURTHOUSE
560 FEDERAL PLAZA - Room 560
CENTRAL ISLIP, NY 11722-4437

Dated: __12/19/17__

Signature
Print name: CARLOS SURPRIS
Address: 34 Howells Rd
         Bay Shore, NY 11706
Phone: 631 518-0981
Email: Carlosurpris56@Gmail.com